United States District Court
Southern District of Texas
**ENTERED**
April 07, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| V. § | | **CIVIL ACTION NO. 5:21-CV-7** |
| § | | |
| **49.71 ACRES OF LAND, MORE OR** § | | |
| **LESS, SITUATED IN WEBB COUNTY,** § | | |
| **STATE OF TEXAS ET AL.,** § | | |
| § | | |
| **Defendants.** § | | |

## ORDER

Before the Court is the parties' Joint Motion Requesting Entry of Order Granting Stay and Extension of Reply Deadline. (Dkt. No. 13). The parties request that the Court stay this case for a minimum of 120 days. (*Id.* at 1). The parties state that the stay is necessary to allow time for the Government to develop a plan to redirect funds concerning the southern border wall. (*Id.*). Because a motion to dismiss is currently pending in this case, (Dkt. No. 8), the parties also request that the Court extend the deadline for Defendants to file their reply to Plaintiff's response to the motion to dismiss. (Dkt. No. 13 at 2). The parties request that the Court set the new deadline for Defendants' reply to seven days after the stay is lifted.

Court has previously set status conferences in other pending border wall cases for May 19, 2021 to discuss, *inter alia*, the status of the Government's plan for proceeding with these border wall cases. The Court now similarly **SETS** a telephonic status conference in this case on **May 19, 2021 at 10:30 a.m.**[1]

The Court **GRANTS in part** the parties' Joint Motion Requesting Entry of Order Granting Stay and Extension of Reply Deadline, (Dkt. No. 13), and **STAYS** this case until the status conference to be held on **May 19, 2021**. The Court further **ORDERS** that Defendants' reply to Plaintiff's response to the motion to dismiss is due seven days from

---

[1] Plaintiff shall initiate a conference call with all parties, and then place a call to the Court at (956) 790-1757, after all parties have been connected to the phone call.

the date the stay expires, which is currently **May 26, 2021**. At the time of the status conference, the Court will consider whether to extend the stay. Any extension of the stay will result in a corresponding extension of the deadline for Defendants to file their reply.

It is so **ORDERED**.

**SIGNED** on April 7, 2021.

_____
John A. Kazen
United States Magistrate Judge